# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**FILED**

**Oct 21, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**In Re:** NATHAN BENJAMIN DAMIGO

**Bk. Ct. No.:** 19-90003

**BAP No.:** EC-25-1159

**ADV. NO.:** 19-09006

### District Court No. 2:25-cv-3113 DC

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: October 21, 2025

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
            District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
        All Parties

1  COOLEY LLP
   ROBERT L. EISENBACH III (124896)
2  (reisenbach@cooley.com)
   3 Embarcadero Center, 20th Floor
3  San Francisco, CA  94111-4004
   Telephone:   (415) 693-2000
4  Facsimile:   (415) 693-2222

5  *Attorneys for Plaintiffs and Appellees*
   Elizabeth Sines, Seth Wispelwey, Soronya Hudson, April Muñiz,
6  Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado,
   and Thomas Baker

7

8                    UNITED STATES BANKRUPTCY COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                        [SACRAMENTO DIVISION]

11

12  In re:                                  Case No.  19-90003-E-7

13  **NATHAN BENJAMIN DAMIGO,**

14            Debtor.

15  Chapter Number: 7

16

17  **ELIZABETH SINES, SETH**              Adv. Pro. No.  19-09006-E
    **WISPELWEY, SORONYA**
18  **HUDSON, APRIL MUÑIZ, MARCUS**
    **MARTIN, NATALIE ROMERO,**
19  **DEVIN WILLIS, CHELSEA**              **APPELLEES' STATEMENT OF**
    **ALVARADO, AND THOMAS**              **ELECTION TO PROCEED IN**
20  **BAKER,**                            **DISTRICT COURT**

21            Plaintiffs,

22            v.

23  **NATHAN BENJAMIN DAMIGO,**

24            Defendant.

25

26

27

28

**Part 1: Identify the appellees electing to proceed in the District Court**

1. Names of appellees:

   Elizabeth Sines, Seth Wispelwey, Soronya Hudson, April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker

2. Position of appellees in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☒ Plaintiff<br>❏ Defendant<br>❏ Other (describe) _____ | ❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>❏ Other (describe) _____ |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPELLEES' STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

1

**Part 2:  Election to have this appeal heard by the District Court (applicable only in certain districts)**

2

3

We elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

4

**Part 3: Sign below**

5

6

Signature: _/s/ Robert L. Eisenbach III_____          Date: October 10, 2025_____

7

**COOLEY LLP**

8

ROBERT L. EISENBACH III (124896)
3 Embarcadero Center, 20th Floor

9

San Francisco, CA  94111-4004
Telephone: (415) 693-2000

10

Facsimile: (415) 693-2222
Email: reisenbach@cooley.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORM EDC850ap Bankruptcy Appeal Transmittal Form  (v.8.14)                    19−09006 − C − 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

| | |
|---|---|
| In re<br><br>Nathan Benjamin Damigo<br><br>                                    Debtor(s). | **Bankruptcy Case No.**<br><br> − C − 7 |
| Elizabeth Sines<br>et al.<br><br>                                    Plaintiff(s),<br><br>v.<br><br>Nathan Benjamin Damigo<br><br>                                    Defendant(s). | **Adversary Proceeding No.**<br><br>19−09006 − C<br><br>**DCN:**    RLE−1 |

TO:      Bankruptcy Appellate Panel of the Ninth Circuit
           125 S. Grand Ave., Pasadena, CA 91105 ((626) 229−7225).

FROM:   U.S. Bankruptcy Court
           Eastern District of California District Office No. 0972


 Bankruptcy Judge (who signed the order):  Hon Rongald H. Sargis

Date Notice of Appeal Filed:  9/10/25

Date of Entry of Order Appealed From: 8/29/25

Date Bankruptcy Case Filed:  1/2/19

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  9/11/25

Filing Fee Paid?  Yes


Dated:                                      For the Court,
9/11/25                                     Scott Yach , Clerk

Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): NATHAN BENJAMIN DAMIGO

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☐ Plaintiff
   ☑ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: JUDGEMENT DETERMINING THAT THE OBLIGATIONS OF DEBTOR NATHAN BENJAMIN DAMIGO ARISING UNDER THE AMENDED CHARLOTTESVILLE JUDGEMENT ARE NONDISCHARGEABLE (JUDGEMENT ATTACHED)

2. State the date on which the judgment—or the appealable order or decree—was entered: AUGUST 29, 2025

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: ELIZABETH SINES, SETH WISPELWEY, SO RONYA HUDSON, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, DEVIN WILLIS,   Attorney: ROBERT L. EISENBACH III   COOLEY LLP   3 EMBARCADERO CENTER   20th FLOOR   SAN FRANCISCO, CA   94111-4004

2. Party: CHELSEA ALVARADO, THOMAS BAKER   Attorney: _____

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

        ❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Glen K. Allen_                                        Date: _September 10, 2025_

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
    GLEN K. ALLEN
    5423 SPRINGLAKE WAY
    BALTIMORE, MD  21212
    410 802 6453

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



1

2

3

4                    UNITED STATES BANKRUPTCY COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7

8
  In re                                    )    Case No.  19-90003
9                                          )
  NATHAN BENJAMIN DAMIGO,                   )
10                                         )
                 Debtor.                    )
11 _____  )
                                           )
12 ELIZABETH SINES, et al.,                 )    Adv. Proc. No. 19-9006
                                           )    Docket Control No. RLE-1
13               Plaintiffs,                )
                                           )
14 v.                                       )
                                           )
15 NATHAN BENJAMIN DAMIGO,                  )
                                           )
16               Defendant.                 )
17 _____  )

18                              **JUDGMENT**
   **DETERMINING THAT THE OBLIGATIONS OF DEBTOR-DEFENDANT**
19          **NATHAN BENJAMIN DAMIGO ARISING UNDER THE**
       **AMENDED CHARLOTTESVILLE JUDGMENT ARE NONDISCHARGEABLE**

20          The court having granted the Motion for Summary Judgment filed by Plaintiffs in this

21  Adversary Proceeding, Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to Marissa

22  Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas

23  Baker for all claims in the Amended Complaint and to Count I and denied it as to Count II (Order;

24  Dckt. 146), the court having denied Defendant-Debtor's Motion for Summary Judgment as to Count

25  I and granted it as to Count II (Order; Dckt. 145), all claims and defenses arising under the Amended

26  Complaint and the Answer having been addressed, and good cause appearing,

27          **IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered for Plaintiffs

28  in this Adversary Proceeding, Elizabeth Sines, Seth Wispelwey, Soronya Hudson (as successor to



1    Marissa Blair), April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and

2    Thomas Baker, and against Defendant-Debtor Nathan Benjamin Damigo, on Count I of the

3    Amended Complaint (Dckt. 82) that the Amended Judgment (the "Amended Charlottesville

4    Judgment") and the monetary obligations owing by Defendant-Debtor thereunder, obtained by

5    Plaintiffs against Defendant-Debtor in *Elizabeth Sines et al. V. Jason Kessler*, et al., Civil Action

6    No. 3:17-cv-00072-NKM, the United States District Court for the Western District of Virginia, plus

7    additional post-judgment interest, costs, and expenses allowable thereunder, are nondischargeable

8    pursuant to 11 U.S.C. § 523(a)(6), and the Charlottesville Amended Judgment and may be enforced,

9    including any additional amount accruing thereto, through a district court or state court proceeding

10    or as otherwise permitted under applicable federal or state law to be added to the judgment.

11        **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is granted

12    for Defendant-Debtor and against Plaintiffs for the Count II of the Amended Complaint, denying

13    Plaintiffs relief pursuant to 11 U.S.C. § 727(b).

14        Attorney's fees, costs, and expenses if any, shall be requested post-judgment as provided in

15    the Federal Rules of Bankruptcy Procedure, which incorporate provisions of the Federal Rules of

16    Civil Procedure therein.

17    **Dated:** August 29, 2025            **By the Court**

18

19

20

21    Ronald H. Sargis, Judge
      United States Bankruptcy Court

22

23

24

25

26

27

28

2

1  COOLEY LLP
   ROBERT L. EISENBACH III (124896)
2  (reisenbach@cooley.com)
   3 Embarcadero Center, 20th Floor
3  San Francisco, CA  94111-4004
   Telephone:    (415) 693-2000
4  Facsimile:    (415) 693-2222

5  *Attorneys for Plaintiffs and Appellees*
   Elizabeth Sines, Seth Wispelwey, Soronya Hudson, April Muñiz,
6  Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado,
   and Thomas Baker

7

8                    UNITED STATES BANKRUPTCY COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        [SACRAMENTO DIVISION]

11

12 | In re:                                    | Case No.  19-90003-E-7
13 | **NATHAN BENJAMIN DAMIGO**,
14 |           Debtor.
15 | Chapter Number: 7
16

17 | **ELIZABETH SINES, SETH**                 | Adv. Pro. No.  19-09006-E
   | **WISPELWEY, SORONYA**
18 | **HUDSON, APRIL MUÑIZ, MARCUS**
   | **MARTIN, NATALIE ROMERO,**
19 | **DEVIN WILLIS, CHELSEA**                 | **APPELLEES' STATEMENT OF**
   | **ALVARADO, AND THOMAS**                  | **ELECTION TO PROCEED IN**
20 | **BAKER,**                                | **DISTRICT COURT**

21 |           Plaintiffs,

22 |           v.

23 | **NATHAN BENJAMIN DAMIGO,**

24 |           Defendant.

25

26

27

28

**Part 1: Identify the appellees electing to proceed in the District Court**

1. Names of appellees:

   Elizabeth Sines, Seth Wispelwey, Soronya Hudson, April Muñiz, Marcus Martin, Natalie Romero, Devin Willis, Chelsea Alvarado, and Thomas Baker

2. Position of appellees in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☒ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

Cooley LLP
Attorneys At Law
San Francisco

APPELLEES' STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**Part 2:  Election to have this appeal heard by the District Court (applicable only in certain districts)**

We elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 3: Sign below**

Signature: _/s/ Robert L. Eisenbach III_____          Date: October 10, 2025_____

**COOLEY LLP**
ROBERT L. EISENBACH III (124896)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: reisenbach@cooley.com

FORM EDC850ap Bankruptcy Appeal Transmittal Form (v.8.14)

19−09006 − C − 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

| | |
|---|---|
| In re<br><br>Nathan Benjamin Damigo<br><br>                                    Debtor(s). | **Bankruptcy Case No.**<br><br>− C − 7 |
| Elizabeth Sines<br>et al.<br><br>                                    Plaintiff(s),<br><br>v.<br><br>Nathan Benjamin Damigo<br><br>                                    Defendant(s). | **Adversary Proceeding No.**<br><br>19−09006 − C<br><br>**DCN:**    RLE−1 |

TO:      Bankruptcy Appellate Panel of the Ninth Circuit
         125 S. Grand Ave., Pasadena, CA 91105 ((626) 229−7225).

FROM:   U.S. Bankruptcy Court
         Eastern District of California District Office No. 0972


 Bankruptcy Judge (who signed the order):  Hon Rongald H. Sargis

Date Notice of Appeal Filed:  9/10/25

Date of Entry of Order Appealed From: 8/29/25

Date Bankruptcy Case Filed:  1/2/19

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  9/11/25

Filing Fee Paid?  Yes

Dated:                                  For the Court,
9/11/25                                 Scott Yach , Clerk

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 25−1159 | **Docketed:** 09/11/2025 |
| Nathan Damigo v. Elizabeth Sines, et al | |
| **Appeal From:** California Eastern − Sacramento | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Bankruptcy
  **2)** Chapter 7 Non−Business − Adv
  **3)** null

**Originating Court Information:**
  **District:** 0972−2 : 19−90003             **Adversary Proceeding:** 19−09006
  **Trial Judge:** Ronald H. Sargis, U.S. Bankruptcy Judge
  **Date Filed:** 01/30/2019

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd BAP:** |
|---|---|---|
| 08/29/2025 | 09/10/2025 | 09/11/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

In re: NATHAN BENJAMIN DAMIGO
        Debtor

_____

NATHAN BENJAMIN DAMIGO
        Appellant

Glen K. Allen
Direct: 410−802−6453
[NTC Retained]
Glen K. Allen Law
5423 Springlake Way
Baltimore, MD 21212

v.

ELIZABETH SINES
        Appellee

Robert L. Eisenbach, Attorney
Direct: 415/693−2000
[NTC Retained]
COOLEY, GODWARD, CASTRO, HUDDLESTON &
TATUM
20th Floor
One Maritime Plaza
San Francisco, CA 94111−3580

Robert L. Eisenbach, Attorney
Cooley LLP
20th Floor
3 Embarcadero Center
San Francisco, CA 94111

SETH WISPELWEY
        Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

SORONYA HUDSON
        Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

APRIL MUNIZ
        Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]

(see above)

Robert L. Eisenbach, Attorney
(see above)

MARCUS MARTIN
    Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

NATALIE ROMERO
    Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

DEVIN WILLIS
    Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

CHELSEA ALVARADO
    Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

THOMAS BAKER
    Appellee

Robert L. Eisenbach, Attorney
**Terminated:** 09/11/2025
Direct: 415/693−2000
[NTC Retained]
(see above)

Robert L. Eisenbach, Attorney
(see above)

In re:  NATHAN BENJAMIN DAMIGO

       Debtor

_____

NATHAN BENJAMIN DAMIGO

       Appellant

v.

ELIZABETH SINES; SETH WISPELWEY; SORONYA HUDSON; APRIL MUNIZ; MARCUS MARTIN; NATALIE ROMERO; DEVIN WILLIS; CHELSEA ALVARADO; THOMAS BAKER

       Appellees

| 09/11/2025 | 1 | Received notice of appeal filed in Bankruptcy Court on 09/10/2025, and transmittal form. (CLS) [Entered: 09/11/2025 05:00 PM] |
| 09/12/2025 | 2 | Sent BRIEFING ORDER & NOTICE to appellant Nathan Benjamin Damigo. Copies to all parties. Sent Bankruptcy Record Request Form to Bankruptcy Court. Appellant Nathan Benjamin Damigo's opening brief due 10/27/2025. (CLS) [Entered: 09/12/2025 11:14 AM] |
| 10/21/2025 | 3 | Received from Bankruptcy Court copy of Appellee's statement of election filed in Bk. Ct. 10/10/2025. (CLS) [Entered: 10/21/2025 10:04 AM] |

ADVPEND, APPEAL

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Adversary Proceeding #: 19-09006

*Assigned to:* Hon. Christopher M. Klein                    *Date Filed:* 01/30/19
*Lead BK Case:* 19-90003
*Lead BK Title:*
*Lead BK Chapter:*
*Demand:*

*Nature[s] of Suit:*  68 Dischargeability - 523(a)(6), willful and malicious injury


**Plaintiff**
-----------------------
**Elizabeth Sines**                              represented by  **Robert L. Eisenbach, III**
                                                                 Cooley LLP
                                                                 3 Embarcadero Center, 20th Fl
                                                                 San Francisco, CA 94111-5800
                                                                 *LEAD ATTORNEY*

                                                                 **Caitlin B. Munley**
                                                                 1299 Pennsylvania Avenue, NW, Suite 700
                                                                 Washington, DC 20004
                                                                 202-776-2557
                                                                 *LEAD ATTORNEY*


**Plaintiff**
-----------------------
**Seth Wispelwey**                               represented by  **Robert L. Eisenbach, III**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

                                                                 **Caitlin B. Munley**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*


**Plaintiff**
-----------------------
**Marissa Blair**                                represented by  **Robert L. Eisenbach, III**
*TERMINATED: 04/03/2025*                                         (See above for address)
                                                                 *TERMINATED: 04/03/2025*
                                                                 *LEAD ATTORNEY*


**Plaintiff**
-----------------------
**Tyler Magill**                                 represented by  **Robert L. Eisenbach, III**

(See above for address)
*TERMINATED: 04/03/2025*
*LEAD ATTORNEY*

*Plaintiff*
-----------------------
**April Muniz**                          represented by **Robert L. Eisenbach, III**
                                         (See above for address)
                                         *LEAD ATTORNEY*

                                         **Caitlin B. Munley**
                                         (See above for address)
                                         *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Marcus Martin**                        represented by **Robert L. Eisenbach, III**
                                         (See above for address)
                                         *LEAD ATTORNEY*

                                         **Caitlin B. Munley**
                                         (See above for address)
                                         *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Natalie Romero**                       represented by **Robert L. Eisenbach, III**
                                         (See above for address)
                                         *LEAD ATTORNEY*

                                         **Caitlin B. Munley**
                                         (See above for address)
                                         *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Chelsea Alvarado**                     represented by **Robert L. Eisenbach, III**
                                         Cooley LLP
                                         3 Embarcadero Center, 20th Fl
                                         San Francisco, CA 94111
                                         *LEAD ATTORNEY*

                                         **Caitlin B. Munley**
                                         (See above for address)
                                         *LEAD ATTORNEY*

*Plaintiff*
-----------------------

**John Doe**
*TERMINATED: 04/03/2025*

               **Robert L. Eisenbach, III**
               represented by Cooley LLP
               3 Embarcadero Center, 20th Fl
               San Francisco, CA 94111-5800
               *TERMINATED: 04/03/2025*
               *LEAD ATTORNEY*

*Plaintiff*
-----------------------

**Hannah Pearce**
*TERMINATED: 04/03/2025*

               represented by **Robert L. Eisenbach, III**
               (See above for address)
               *TERMINATED: 04/03/2025*
               *LEAD ATTORNEY*

*Plaintiff*
-----------------------

**Soronya Hudson**

               represented by **Robert L. Eisenbach, III**
               3 Embarcadero Center, 20th Floor
               San Francisco, CA 94111
               Email: reisenbach@cooley.com
               *LEAD ATTORNEY*

               **Caitlin B. Munley**
               (See above for address)
               *LEAD ATTORNEY*

*Plaintiff*
-----------------------

**Devin Willis**

               represented by **Robert L. Eisenbach, III**
               (See above for address)
               *LEAD ATTORNEY*

               **Caitlin B. Munley**
               (See above for address)
               *LEAD ATTORNEY*

*Plaintiff*
-----------------------

**Thomas Baker**

               represented by **Robert L. Eisenbach, III**
               (See above for address)
               *LEAD ATTORNEY*

               **Caitlin B. Munley**
               (See above for address)
               *LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Nathan Benjamin Damigo**
14773 Orange Blossom Rd
Oakdale, CA 95361
408-386-3508
SSN / ITIN: xxx-xx-6745
Tax ID / EIN: 81-2000200

represented by **Andrew Allen**
83 Beach Road
Belvedere, CA 94920
415-987-7471
Email: merlin299@aol.com

**Glen Keith Allen**
Glen K. Allen Law
5423 Springlake Way
Baltimore, MD 21212
410-802-6453
Email: glenallenlaw@protonmail.com
*LEAD ATTORNEY*

**Unknown at time of filing**
*TERMINATED: 02/03/2025*
*LEAD ATTORNEY*

| Filing Date | # | Docket Text | |
|---|---|---|---|
| 01/30/2019 | <u>1</u><br>(6 pgs) | "SEE AMENDED COMPLAINT FILED 04/03/25." (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) Modified on 4/4/2025 (lbef). (Entered: 01/31/2019) | 28514936 |
| 01/30/2019 | <u>2</u><br>(2 pgs) | Adversary Proceeding Cover Sheet (auto) (Entered: 01/31/2019) | 28514953 |
| 01/30/2019 | | Adversary Proceeding Fee Paid ($350.00, Receipt Number: 348403, eFilingID: 6437865) (auto) (Entered: 01/31/2019) | |
| 01/30/2019 | <u>7</u><br>(114 pgs) | Exhibit(s) to <u>1</u> Complaint (tsef) (Entered: 01/31/2019) | 28515037 |
| 01/31/2019 | <u>3</u><br>(5 pgs) | Copy of Summons Issued Re: <u>1</u> Complaint; Status Conference to be held on 3/28/2019 at 02:00 PM at Modesto Courtroom, Department E (tsef) (Entered: 01/31/2019) | 28514977 |
| 01/31/2019 | <u>4</u><br>(1 pg) | Notice of Availability of Bankruptcy Dispute Resolution Program (tsef) (Entered: 01/31/2019) | 28514980 |
| 01/31/2019 | <u>5</u><br>(1 pg) | Order to Confer on Initial Disclosures and Setting Deadlines (tsef) (Entered: 01/31/2019) | 28514992 |
| 01/31/2019 | <u>6</u><br>(5 pgs) | Copy of Reissued Summons Re: <u>1</u> Complaint; Status Conference to be held on 3/28/19 at 02:00 PM at Modesto Courtroom, Department E (tsef) (Entered: 01/31/2019) | 28515033 |

| | | | |
|---|---|---|---|
| 02/06/2019 | 8 (2 pgs) | Certificate of Service of Summons and Complaint, 2 Adversary Proceeding Cover Sheet, 4 Notice of Availability of Bankruptcy Dispute Resolution Program, 5 Order to Confer (mpem) (Entered: 02/06/2019) | 28542431 |
| 02/06/2019 | 9 (2 pgs) | Declaration of Jeremy Ra Re: Service of Documents (mpem) (Entered: 02/06/2019) | 28542465 |
| 02/18/2019 | 10 (3 pgs) | Order Staying 1 Complaint ; This order is Transmitted to BNC for Service. (shbs) (Entered: 02/19/2019) | 28589813 |
| 02/18/2019 | 10 (3 pgs) | Order Extending Time to File Response to 1 Complaint ; Service by the Deputy Clerk is not required. (shbs) (Entered: 02/19/2019) | 28589881 |
| 02/18/2019 | 10 (3 pgs) | Order to Continue Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) ; Service by the Deputy Clerk is not required. Status Conference to be held on 10/17/2019 at 02:00 PM at Modesto Courtroom, Department E (shbs) (Entered: 02/19/2019) | 28589920 |
| 02/21/2019 | 11 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/21/2019) | 28604070 |
| 10/03/2019 | 12 (4 pgs) | Status Report Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (fdis) (Entered: 10/03/2019) | 29595111 |
| 10/17/2019 | 13 (2 pgs) | Civil Minutes -- Status Conference continued Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef); Status Conference now to be held on 6/18/2020 at 02:00 PM at Modesto Courtroom, Department E (mpem) Additional attachment(s) added on 10/21/2019 (mpem). (Entered: 10/21/2019) | 29670752 |
| 10/21/2019 | 14 (2 pgs) | Order to Continue Status Conference Re: 1 Complaint ; This order is Transmitted to BNC for Service. Status Conference to be held on 6/18/2020 at 02:00 PM at Modesto Courtroom, Department E (isaf) (Entered: 10/22/2019) | 29672791 |
| 10/24/2019 | 15 (3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/24/2019) | 29686049 |
| 06/03/2020 | 16 (4 pgs) | Status Report Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (isaf) (Entered: 06/03/2020) | 30540841 |

| | | | |
|---|---|---|---|
| 06/15/2020 | <u>17</u><br>(1 pg) | Response/Reply Filed by Defendant Nathan Benjamin Damigo Re: <u>16</u> Status Report (lbef) (Entered: 06/15/2020) | 30581626 |
| 06/18/2020 | <u>18</u><br>(2 pgs) | Civil Minutes -- Status Conference continued Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef); Status Conference now to be held on 12/17/2020 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 06/23/2020) | 30607553 |
| 06/23/2020 | <u>19</u><br>(2 pgs) | Order to Continue Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) ; This order is Transmitted to BNC for Service. Status Conference to be held on 12/17/2020 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 06/24/2020) | 30611196 |
| 06/26/2020 | <u>20</u><br>(3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/26/2020) | 30624278 |
| 11/30/2020 | <u>21</u><br>(1 pg) | Motion/Application to Continue/Reschedule Hearing Re: <u>1</u> Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) (Entered: 11/30/2020) | 31105314 |
| 12/01/2020 | <u>22</u><br>(3 pgs) | Order Re: <u>21</u> Motion/Application to Continue/Reschedule Hearing; This order is Transmitted to BNC for Service. (lbef) (Entered: 12/01/2020) | 31109294 |
| 12/03/2020 | <u>23</u><br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/03/2020) | 31117702 |
| 12/07/2020 | <u>24</u><br>(4 pgs) | Status Report Re: <u>1</u> Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (lbef) (Entered: 12/07/2020) | 31126692 |
| 12/17/2020 | <u>25</u><br>(2 pgs) | Civil Minutes -- Status Conference continued Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef); Status Conference now to be held on 8/19/2021 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 12/23/2020) | 31170011 |
| 12/23/2020 | <u>26</u><br>(2 pgs) | Order to Continue Status Conference Re: <u>1</u> Complaint ; This order is Transmitted to BNC for Service. Status Conference to be held on 8/19/2021 at 02:00 PM at Modesto Courtroom, Department E (smis) (Entered: 12/28/2020) | 31174814 |

| | | | |
|---|---|---|---|
| 12/30/2020 | 27<br>(3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/30/2020) | 31183154 |
| 06/07/2021 | | Change of Address Submitted for Attorney Robert Eisenbach by e-Filing User Account Maintenance Utility. Address changed from: 101 California St., 5th Floor , San Francisco CA 94111-5800 to: 3 Embarcadero Center, 20th Floor , San Francisco CA 94111. (Entered: 06/07/2021) | |
| 07/27/2021 | 28<br>(4 pgs) | Status Report Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (lbef) (Entered: 07/27/2021) | 31723544 |
| 08/02/2021 | 29<br>(1 pg) | Motion/Application to Continue/Reschedule Status Conference Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo (ltrf) (Entered: 08/02/2021) | 31739773 |
| 08/03/2021 | 30<br>(2 pgs) | Order to Continue Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) ; This order is Transmitted to BNC for Service. Status Conference to be held on 1/27/2022 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 08/04/2021) | 31744445 |
| 08/06/2021 | 31<br>(3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/06/2021) | 31752493 |
| 08/26/2021 | | Returned Mail: The following order sent to Robert L. Eisenbach, III 3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004 on 08/06/2021 was returned as undeliverable: Order to Set/Continue/Reschedule Hearing (auto adi); (Entered: 08/26/2021) | |
| 12/13/2021 | 32<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (lbef) (Entered: 12/13/2021) | 32044287 |
| 12/15/2021 | 33<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/15/2021) | 32047148 |
| 01/10/2022 | 34<br>(1 pg) | Motion/Application to Continue/Reschedule Status Conference Re: [CAE-1] Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo (msts) (Entered: 01/10/2022) | 32100597 |
| 01/11/2022 | 35<br>(4 pgs) | Status Report [CAE-1] Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (kvas) (Entered: 01/11/2022) | 32102829 |
| 01/12/2022 | 36<br>(2 pgs) | Order to Continue Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee | 32107096 |

| | | $350.00) (eFilingID: 6437865) (tsef) [CAE-1];Transmitted to BNC for Service. Status Conference to be held on 6/30/2022 at 02:00 PM at Modesto Courtroom, Department E (lbef) Modified on 1/24/2022 (lbef). (Entered: 01/13/2022) | |
|---|---|---|---|
| 01/15/2022 | <u>37</u><br>(3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/15/2022) | 32112109 |
| 06/06/2022 | <u>38</u><br>(4 pgs) | Status Report Re: <u>1</u> Complaint Filed by Plaintiffs Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (smis) (Entered: 06/06/2022) | 47613927 |
| 06/27/2022 | <u>39</u><br>(1 pg) | Motion/Application to Continue/Reschedule Hearing [CAE-1] Re: <u>1</u> Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) (Entered: 06/27/2022) | 47653204 |
| 06/29/2022 | <u>40</u><br>(3 pgs) | Order to Continue Status Conference Re: <u>1</u> Complaint [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference to be held on 11/10/2022 at 02:00 PM at Modesto Courtroom, Department E (vcaf) (Entered: 06/29/2022) | 47658080 |
| 06/30/2022 | <u>42</u><br>(2 pgs) | Civil Minutes -- Status Conference continued Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference now to be held on 11/10/2022 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 07/05/2022) | 47668543 |
| 07/01/2022 | <u>41</u><br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/01/2022) | 47666084 |
| 10/28/2022 | <u>43</u><br>(1 pg) | Motion/Application to Continue/Reschedule Hearing [CAE-1] Re: <u>1</u> Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) (Entered: 10/31/2022) | 47905841 |
| 10/31/2022 | <u>44</u><br>(4 pgs) | Status Report [CAE-1] Re: <u>1</u> Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (lbef) (Entered: 10/31/2022) | 47906588 |
| 10/31/2022 | <u>45</u><br>(3 pgs) | Order to Continue Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference to be held on 5/4/2023 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 10/31/2022) | 47907850 |
| 11/02/2022 | <u>46</u><br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/02/2022) | 47913005 |

| | | | |
|---|---|---|---|
| 11/10/2022 | [47](2 pgs) | Civil Minutes -- Status Conference continued Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference now to be held on 5/4/2023 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 11/14/2022) | 47934029 |
| 04/11/2023 | [48](1 pg) | Motion/Application to Continue/Reschedule Status Conference Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo [CAE-1] (shes) (Entered: 04/11/2023) | 48246909 |
| 04/17/2023 | [49](4 pgs) | Status Report [CAE-1] Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (lbef) (Entered: 04/17/2023) | 48259750 |
| 05/04/2023 | [50](2 pgs) | Civil Minutes -- Status Conference continued Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference to be held on 11/16/2023 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 05/05/2023) | 48304270 |
| 05/05/2023 | [51](1 pg) | Order to Continue Status Conference Re: 1 Complaint [CAE-1] ; Service by the Deputy Clerk is not required. Status Conference to be held on 11/16/2023 at 02:00 PM at Modesto Courtroom, Department E (vcaf) (Entered: 05/05/2023) | 48305030 |
| 06/13/2023 | [52](1 pg) | Court's Certificate of Mailing of 51 Order to Set/Continue/Reschedule Hearing (lbef) (Entered: 06/13/2023) | 48392335 |
| 09/25/2023 | [53](2 pgs) | Order Rescheduling Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference to be held on 11/9/2023 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 09/25/2023) | 48652886 |
| 09/27/2023 | [54](3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/27/2023) | 48658895 |
| 10/16/2023 | [55](1 pg) | Motion/Application to Continue/Reschedule Status Conference [CAE-1] Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) Modified on 10/24/2023 (mpem). (Entered: 10/17/2023) | 48708048 |

| | | | |
|---|---|---|---|
| 10/18/2023 | 56 (4 pgs) | Status Report [CAE-1] Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce (msts) (Entered: 10/18/2023) | 48711880 |
| 10/20/2023 | 57 (3 pgs) | Order to Continue Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1 ; This order is Transmitted to BNC for Service. Status Conference to be held on 5/16/2024 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 10/23/2023) | 48723051 |
| 10/25/2023 | 58 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/25/2023) | 48730940 |
| 05/01/2024 | 59 (1 pg) | Motion/Application to Continue/Reschedule Status Conference [CAE-1] Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) Modified on 5/1/2024 (mpem). (Entered: 05/01/2024) | 49213391 |
| 05/02/2024 | 60 (4 pgs) | Status Report [CAE-1] Re: 1 Complaint Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey (rlos) (Entered: 05/03/2024) | 49221336 |
| 05/09/2024 | 61 (3 pgs) | Order to Continue Status Conference Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1 ; This order is Transmitted to BNC for Service. Status Conference to be held on 10/10/2024 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 05/09/2024) | 49242306 |
| 05/11/2024 | 62 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/11/2024) | 49247298 |
| 05/16/2024 | 63 (2 pgs) | Civil Minutes -- Status Conference continued Re: 1 (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference to be held on 10/10/2024 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 05/20/2024) | 49270122 |
| 09/25/2024 | 64 (2 pgs) | Status Report [CAE-1] Re: 1 Complaint Filed by Defendant Nathan Benjamin Damigo (lbef) Modified on 9/30/2024 (lbef). (Entered: 09/25/2024) | 49655801 |
| 09/26/2024 | 65 (4 pgs) | Status Report [CAE-1] Re: 1 Complaint filed by Plaintiff Natalie Romero, Plaintiff John Doe, Plaintiff Elizabeth Sines, Plaintiff Seth Wispelwey, Plaintiff Marissa Blair, Plaintiff Tyler Magill, Plaintiff | 49660608 |

| | | | |
|---|---|---|---|
| | | April Muniz on 9/11 Mailed to Plaintiff's counsel on 9/26. Modified on 9/30/2024 (lbef). (Entered: 09/26/2024) | |
| 10/10/2024 | <u>66</u><br>(1 pg) | 🔊 PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 10/10/2024 2:00:33 PM ]. File Size [ 1411 KB ]. Run Time [ 00:03:55 ]. (auto). (Entered: 10/10/2024) | 49702743 |
| 10/10/2024 | <u>67</u><br>(2 pgs) | Civil Minutes -- Status Conference continued Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference to be held on 1/30/2025 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 10/15/2024) | 49711424 |
| 10/15/2024 | <u>68</u><br>(3 pgs) | Order to Continue Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference to be held on 1/30/2025 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 10/16/2024) | 49714499 |
| 10/18/2024 | <u>69</u><br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/18/2024) | 49725686 |
| 01/06/2025 | <u>70</u><br>(2 pgs) | Motion/Application to Continue/Reschedule Status Conference Re: <u>1</u> Complaint Filed by Defendant Nathan Benjamin Damigo [CAE-1] (lbef) Modified on 1/7/2025 (lbef). (Entered: 01/06/2025) | 49953209 |
| 01/06/2025 | <u>71</u><br>(3 pgs) | Non-Opposition Filed by Plaintiffs Chelsea Alvarado, Marissa Blair, John Doe, Tyler Magill, Marcus Martin, April Muniz, Hannah Pearce, Natalie Romero, Elizabeth Sines, Seth Wispelwey Re: <u>70</u> Motion/Application to Continue/Reschedule Status Conference [CAE-1] (lbef) Modified on 1/7/2025 (lbef). (Entered: 01/07/2025) | 49958723 |
| 01/07/2025 | 72 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE. Order Granting <u>70</u> Motion/Application to Continue/Reschedule Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) Status Conference to be held on 3/13/2025 at 02:00 PM at Modesto Courtroom, Department E (lbef) Modified on 1/8/2025 (lbef). (Entered: 01/07/2025) | |

| 01/07/2025 | <u>73</u><br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (lbef) (Entered: 01/07/2025) | 49960209 |
|---|---|---|---|
| 01/07/2025 | <u>72</u><br>(2 pgs) | Order Granting [CAE-1] <u>70</u> Motion/Application to Continue/Reschedule Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) Status Conference to be held on 3/13/2025 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 01/08/2025) | 49962639 |
| 01/10/2025 | <u>74</u><br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/10/2025) | 49971303 |
| 02/03/2025 | <u>75</u><br>(3 pgs) | Motion/Application and Order Granting Admission to Practice pro hac vice, filed by Glen K. Allen (lbef)Modified on 2/21/2025 (vcaf). (Entered: 02/03/2025) | 50040119 |
| 03/13/2025 | <u>76</u><br>(4 pgs) | Answer to Complaint Filed by Nathan Benjamin Damigo. (lbef) (Entered: 03/13/2025) | 50156481 |
| 03/13/2025 | <u>78</u><br>(3 pgs) | Civil Minutes -- Status Conference continued Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1]; Status Conference to be held on 4/17/2025 at 02:00 PM at Modesto Courtroom, Department E (mpem) (Entered: 03/17/2025) | 50165567 |
| 03/14/2025 | <u>77</u><br>(1 pg) | ꂭ)) PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 3/13/2025 2:14:32 PM ]. File Size [ 6859 KB ]. Run Time [ 00:19:03 ]. (auto). (Entered: 03/14/2025) | 50158596 |
| 03/17/2025 | <u>79</u><br>(1 pg) | Order to Continue Status Conference Re: <u>1</u> (68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 19-09006 by Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe against Nathan Benjamin Damigo. (Fee $350.00) (eFilingID: 6437865) (tsef) [CAE-1] ; Service by the Deputy Clerk is not required. Status Conference to be held on 4/17/2025 at 02:00 PM at Modesto Courtroom, Department E (lbef) (Entered: 03/18/2025) | 50168748 |
| 03/31/2025 | <u>80</u><br>(1 pg) | BNC Service of Document as transmitted to BNC for service. (lbef) (Entered: 03/31/2025) | 50209847 |

| | | | |
|---|---|---|---|
| 04/02/2025 | 81<br>(2 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/02/2025) | 50220558 |
| 04/03/2025 | 82<br>(10 pgs) | Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) (Entered: 04/04/2025) | 50227962 |
| 04/03/2025 | 83<br>(207 pgs) | Exhibit(s) to 82 Amended Complaint (lbef) (Entered: 04/04/2025) | 50227972 |
| 04/03/2025 | 84<br>(2 pgs) | Certificate/Proof of Service of 82 Amended Complaint, 83 Exhibit(s) (lbef) (Entered: 04/04/2025) | 50227975 |
| 04/14/2025 | 85<br>(4 pgs) | Status Report [CAE-1] Re: 82 Amended Complaint Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (vrof) (Entered: 04/15/2025) | 50257212 |
| 04/17/2025 | 86<br>(3 pgs) | Civil Minutes -- Status Conference continued Re: 82 Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]; Status Conference to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (mpem) (Entered: 04/21/2025) | 50274991 |
| 04/21/2025 | 88<br>(2 pgs) | Order to Continue Status Conference Re: 82 Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1] ; Service by the Deputy Clerk is not required. Status Conference to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (lbef) (Entered: 04/22/2025) | 50280905 |
| 04/22/2025 | 87<br>(9 pgs) | Answer to Amended Complaint Filed by Nathan Benjamin Damigo. (lbef) (Entered: 04/22/2025) | 50279387 |
| 05/08/2025 | 89<br>(2 pgs) | Motion/Application For Summary Judgment Filed by Defendant Nathan Benjamin Damigo (smis) (Entered: 05/09/2025) | 50334514 |
| 05/08/2025 | 90 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Notice of Hearing Re: 89 Motion/Application For Summary Judgment to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis)Modified on 5/9/2025 (smis). (Entered: 05/09/2025) | |
| 05/08/2025 | 91<br>(29 pgs) | Memorandum of Points and Authorities in support of 89 Motion/Application For Summary Judgment (smis) (Entered: 05/09/2025) | 50334537 |

| | | | |
|---|---|---|---|
| 05/08/2025 | 92<br>(11 pgs) | Statement of Undisputed Facts RE: 93 Motion/Application For Summary Judgment [RLE-1] filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (smis). Modified on 5/9/2025 (smis). (Entered: 05/09/2025) | 50334638 |
| 05/08/2025 | 93<br>(5 pgs) | Motion/Application For Summary Judgment [RLE-1] Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (smis) (Entered: 05/09/2025) | 50334706 |
| 05/08/2025 | 94<br>(4 pgs) | Notice of Hearing Re: 93 Motion/Application For Summary Judgment [RLE-1] to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 05/09/2025) | 50334733 |
| 05/08/2025 | 95<br>(5 pgs) | Declaration of Robert L. Eisenbach in support of 101 Statement of Undisputed Facts [RLE-1] filed by Plaintiff Natalie Romero, Defendant Nathan Benjamin Damigo, Plaintiff Elizabeth Sines, Plaintiff Seth Wispelwey, Plaintiff April Muniz, Plaintiff Marcus Martin, Plaintiff Chelsea Alvarado, Plaintiff Soronya Hudson, Plaintiff Devin Willis, Plaintiff Thomas Baker. Modified on 5/9/2025 (smis). (Entered: 05/09/2025) | 50334746 |
| 05/08/2025 | 96<br>(8 pgs) | Declaration of Robert L. Eisenbach in support of 93 Motion/Application For Summary Judgment [RLE-1] (smis) (Entered: 05/09/2025) | 50334752 |
| 05/08/2025 | 97<br>(39 pgs) | Memorandum of Points and Authorities in support of 93 Motion/Application For Summary Judgment [RLE-1] (smis) (Entered: 05/09/2025) | 50334755 |
| 05/08/2025 | 98<br>(329 pgs) | Exhibit(s) to 95 Declaration [RLE-1] (smis) (Entered: 05/09/2025) | 50334761 |
| 05/08/2025 | 99<br>(143 pgs) | Exhibit(s) to 96 Declaration [RLE-1] (smis) (Entered: 05/09/2025) | 50334776 |
| 05/08/2025 | 100<br>(307 pgs) | Exhibit(s) to 95 Declaration [RLE-1] (smis) (Entered: 05/09/2025) | 50334814 |
| 05/08/2025 | 101<br>(7 pgs) | Joint Stipulation of Undisputed Facts Re: 93 Motion/Application For Summary Judgment [RLE-1] Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey, Defendant Nathan Benjamin Damigo (smis) (Entered: 05/09/2025) | 50335059 |
| 05/08/2025 | 102<br>(79 pgs) | Exhibit(s) in support of 96 Declaration [RLE-1] (smis) (Entered: 05/09/2025) | 50335071 |
| 05/08/2025 | 103<br>(100 pgs) | Exhibit(s) to 96 Declaration [RLE-1] (smis) (Entered: 05/09/2025) | 50335086 |

| | | | |
|---|---|---|---|
| 05/08/2025 | [104](#)<br>(2 pgs) | Certificate/Proof of Service of [92](#) Statement of Undisputed Facts, [93](#) Motion/Application For Summary Judgment [RLE-1], [94](#) Notice of Hearing, [95](#) Declaration, [96](#) Declaration, [97](#) Memorandum of Points and Authorities, [98](#) Exhibit(s), [99](#) Exhibit(s), [100](#) Exhibit(s), [101](#) Statement of Undisputed Facts, [102](#) Exhibit(s), [103](#) Exhibit(s) (smis) (Entered: 05/09/2025) | 50335104 |
| 05/08/2025 | [105](#)<br>(2 pgs) | Certificate/Proof of Service [RLE-1] (smis) (Entered: 05/09/2025) | 50335107 |
| 05/12/2025 | 106 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Motion/Application For Summary Judgment Filed by Defendant Nathan Benjamin Damigo (msam)Modified on 5/13/2025 (msam). (Entered: 05/12/2025) | |
| 05/12/2025 | 106 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Notice of Hearing Re: [106](#) Motion/Application For Summary Judgment to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (msam)Modified on 5/13/2025 (msam). (Entered: 05/12/2025) | |
| 05/12/2025 | [106](#)<br>(4 pgs) | Notice of Hearing Re: [89](#) Motion/Application For Summary Judgment to be held on 6/26/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (msam) (Entered: 05/13/2025) | 50346837 |
| 06/11/2025 | [107](#)<br>(15 pgs) | Memorandum of Points and Authorities in opposition to [93](#) Motion/Application For Summary Judgment [RLE-1] (lbef) (Entered: 06/12/2025) | 50441934 |
| 06/11/2025 | [108](#)<br>(26 pgs) | Opposition/Objection Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey Re: [89](#) Motion/Application For Summary Judgment (lbef) (Entered: 06/12/2025) | 50443148 |
| 06/11/2025 | [109](#)<br>(2 pgs) | Certificate/Proof of Service of [108](#) Opposition/Objection (lbef) (Entered: 06/12/2025) | 50443203 |
| 06/16/2025 | | Due to the closure of the Court's Modesto Division, this case has been transferred to the Sacramento Division. The case number and trustee and judge assignments remain the same. (cmcs) (Entered: 06/16/2025) | |
| 06/18/2025 | [110](#)<br>(19 pgs) | Response/Reply Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey In Support Re: [93](#) Motion/Application For Summary Judgment [RLE-1] (lbef) (Entered: 06/20/2025) | 50470740 |
| 06/18/2025 | [111](#)<br>(2 pgs) | Certificate/Proof of Service of [110](#) Response/Reply [RLE-1] (lbef) (Entered: 06/20/2025) | 50470760 |
| 06/18/2025 | [112](#)<br>(11 pgs) | Response/Reply Memorandum Filed by Defendant Nathan Benjamin Damigo Re: [89](#) Motion/Application For Summary Judgment (lbef) (Entered: 06/20/2025) | 50470780 |

| | | | |
|---|---|---|---|
| 06/25/2025 | [113](5 pgs) | Order to Continue Status Conference Re: 82 Amended Complaint [CAE-1] Status Conference to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (msam) (Entered: 06/25/2025) | 50481750 |
| 06/25/2025 | [113](5 pgs) | Order to Continue Hearing Re: 89 Motion/Application For Summary Judgment Hearing to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (msam) (Entered: 06/25/2025) | 50481763 |
| 06/25/2025 | [113](5 pgs) | Order to Continue Hearing Re: 93 Motion/Application For Summary Judgment [RLE-1] Hearing to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (msam) (Entered: 06/25/2025) | 50481773 |
| 06/25/2025 | [114](5 pgs) | BNC Service of Document as transmitted to BNC for service. (msam) (Entered: 06/25/2025) | 50481783 |
| 06/25/2025 | [115](6 pgs) | Motion/Application and Order Granting Admission to Practice pro hac vice by Caitlin B. Munley. Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (hlum) (Entered: 06/26/2025) | 50487165 |
| 06/26/2025 | [116](1 pg) | Civil Minutes -- Hearing continued Re: 89 Motion/Application For Summary Judgment ; Hearing to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 06/27/2025) | 50490798 |
| 06/26/2025 | [117](1 pg) | Civil Minutes -- Status Conference continued Re: 82 Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]; Status Conference to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (kvas) (Entered: 06/27/2025) | 50490822 |
| 06/26/2025 | [118](1 pg) | Civil Minutes -- Hearing continued Re: 93 Motion/Application For Summary Judgment [RLE-1] ; Hearing to be held on 7/10/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 06/27/2025) | 50490851 |
| 06/27/2025 | [119](6 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/27/2025) | 50493220 |
| 06/30/2025 | [120](3 pgs) | Supplemental Pleading RE: 93 Motion/Application For Summary Judgment [RLE-1] Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) (Entered: 07/01/2025) | 50501662 |
| 06/30/2025 | [121](2 pgs) | Certificate/Proof of Service of 120 Supplemental Pleading [RLE-1] (lbef) (Entered: 07/01/2025) | 50501674 |

| | | | |
|---|---|---|---|
| 07/02/2025 | [122](#)<br>(6 pgs) | BNC Service of Document as transmitted to BNC for service. (hlum) (Entered: 07/02/2025) | 50507933 |
| 07/04/2025 | [123](#)<br>(7 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/04/2025) | 50514990 |
| 07/07/2025 | [124](#)<br>(2 pgs) | Order to Continue Status Conference Re: [82](#) Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]. Status Conference to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (wmim) (Entered: 07/07/2025) | 50521310 |
| 07/07/2025 | [124](#)<br>(2 pgs) | Order to Continue Hearing Re: [89](#) Motion/Application For Summary Judgment ; Hearing to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (wmim) (Entered: 07/07/2025) | 50521338 |
| 07/07/2025 | [124](#)<br>(2 pgs) | Order to Continue Hearing Re: [93](#) Motion/Application For Summary Judgment [RLE-1] ; Hearing to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (wmim) (Entered: 07/07/2025) | 50521350 |
| 07/07/2025 | [125](#)<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (wmim) (Entered: 07/07/2025) | 50521358 |
| 07/09/2025 | [126](#)<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/09/2025) | 50528582 |
| 07/10/2025 | [127](#)<br>(1 pg) | Civil Minutes -- Hearing continued Re: [89](#) Motion/Application For Summary Judgment ; Hearing to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 07/11/2025) | 50535820 |
| 07/10/2025 | [128](#)<br>(1 pg) | Civil Minutes -- Status Conference continued Re: [82](#) Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]; Status Conference to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (kvas) (Entered: 07/11/2025) | 50535839 |
| 07/10/2025 | [129](#)<br>(1 pg) | Civil Minutes -- Hearing continued Re: [93](#) Motion/Application For Summary Judgment [RLE-1] ; Hearing to be held on 7/17/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 07/11/2025) | 50535847 |
| 07/16/2025 | [130](#)<br>(2 pgs) | Order to Continue Status Conference Re: [82](#) Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1] Status Conference to be held on 7/31/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (mfrs) (Entered: 07/16/2025) | 50550626 |

| | | | |
|---|---|---|---|
| 07/16/2025 | [130](#)<br>(2 pgs) | Order to Continue Hearing Re: [89](#) Motion/Application For Summary Judgment Hearing to be held on 7/31/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (mfrs) (Entered: 07/16/2025) | 50550650 |
| 07/16/2025 | [130](#)<br>(2 pgs) | Order to Continue Hearing Re: [93](#) Motion/Application For Summary Judgment [RLE-1] Hearing to be held on 7/31/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (mfrs) (Entered: 07/16/2025) | 50550690 |
| 07/16/2025 | [131](#)<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (mfrs) (Entered: 07/16/2025) | 50550705 |
| 07/18/2025 | [132](#)<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/18/2025) | 50561112 |
| 07/31/2025 | [133](#)<br>(1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [07/31/2025 10:31:00 AM]. File Size [ 7675 KB ]. Run Time [ 00:21:38 ]. (auto). (Entered: 07/31/2025) | 50601620 |
| 07/31/2025 | [134](#)<br>(2 pgs) | Civil Minutes -- Hearing continued Re: [93](#) Motion/Application For Summary Judgment [RLE-1] ; Hearing to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 08/04/2025) | 50611045 |
| 07/31/2025 | [135](#)<br>(2 pgs) | Civil Minutes -- Status Conference continued Re: [82](#) Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]; Status Conference to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (kvas) (Entered: 08/04/2025) | 50611073 |
| 07/31/2025 | [138](#)<br>(2 pgs) | Civil Minutes -- Hearing continued Re: [89](#) Motion/Application For Summary Judgment ; Hearing to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (kvas) (Entered: 08/05/2025) | 50615791 |
| 08/04/2025 | [136](#)<br>(1 pg) | Order to Continue Status Conference Re: [82](#) Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1] ; Service by the Deputy Clerk is not required. Status Conference to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E (lbef) (Entered: 08/05/2025) | 50614456 |
| 08/04/2025 | [137](#)<br>(1 pg) | Order to Continue Hearing Re: [93](#) Motion/Application For Summary Judgment [RLE-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (lbef) (Entered: 08/05/2025) | 50614473 |

| | | | |
|---|---|---|---|
| 08/05/2025 | <u>139</u><br>(1 pg) | Order to Continue Hearing Re: <u>89</u> Motion/Application For Summary Judgment ; Service by the Deputy Clerk is not required. Hearing to be held on 8/21/2025 at 10:30 AM at Sacramento Courtroom 33, Department E. (lbef) (Entered: 08/06/2025) | 50618793 |
| 08/21/2025 | <u>140</u><br>(1 pg) | 🔊 PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [08/21/2025 01:10:00 PM]. File Size [ 11523 KB ]. Run Time [ 00:32:44 ]. (auto). (Entered: 08/21/2025) | 50670332 |
| 08/21/2025 | <u>141</u><br>(2 pgs) | Civil Minutes -- Motion Granted Re: <u>93</u> - Motion/Application For Summary Judgment [RLE-1] (auto) (Entered: 08/29/2025) | 50695401 |
| 08/21/2025 | <u>142</u><br>(2 pgs) | Civil Minutes -- Motion Denied Re: <u>89</u> - Motion/Application For Summary Judgment (auto) (Entered: 08/29/2025) | 50695421 |
| 08/29/2025 | <u>143</u><br>(2 pgs) | Civil Minutes -- Status Conference continued Re: <u>82</u> Amended Complaint filed by Plaintiff Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey (lbef) [CAE-1]; Status Conference to be held on 10/29/2025 at 01:30 PM at Sacramento Courtroom 35, Department C. Judge Christopher M. Klein will preside over the hearing. (kvas) (Entered: 08/29/2025) | 50695456 |
| 08/29/2025 | <u>144</u><br>(36 pgs) | Memorandum Opinion/Decision [RLE-1] Re: <u>93</u> Motion/Application For Summary Judgment [RLE-1] (mpem) Additional attachment(s) added on 8/29/2025 (Peterson, Michelle). Modified on 8/29/2025 (mpem). (Entered: 08/29/2025) | 50697933 |
| 08/29/2025 | <u>144</u><br>(36 pgs) | Memorandum Opinion/Decision Re: <u>89</u> Motion/Application For Summary Judgment (mpem) Additional attachment(s) added on 8/29/2025 (Peterson, Michelle). Additional attachment(s) added on 8/29/2025 (Peterson, Michelle). (Entered: 08/29/2025) | 50697946 |
| 08/29/2025 | <u>145</u><br>(3 pgs) | Order Granting in part, Denying in part <u>89</u> Motion/Application For Summary Judgment (mpem) (Entered: 08/29/2025) | 50697900 |
| 08/29/2025 | <u>146</u><br>(3 pgs) | Order Granting in part, Denying in part <u>93</u> Motion/Application For Summary Judgment [RLE-1] (mpem) (Entered: 08/29/2025) | 50697907 |
| 08/29/2025 | <u>147</u><br>(36 pgs) | BNC Service of Document as transmitted to BNC for service. (mpem) (Entered: 08/29/2025) | 50697966 |
| 08/29/2025 | <u>148</u><br>(3 pgs) | BNC Service of Document as transmitted to BNC for service. (mpem) (Entered: 08/29/2025) | 50698032 |
| 08/29/2025 | <u>149</u><br>(3 pgs) | BNC Service of Document as transmitted to BNC for service. (mpem) (Entered: 08/29/2025) | 50698057 |
| 08/29/2025 | <u>150</u><br>(3 pgs) | Judgment against Defendant Nathan Benjamin Damigo (mpem) (Entered: 08/29/2025) | 50698074 |

| 08/29/2025 | 151 (3 pgs) | BNC Service of Document as transmitted to BNC for service. (mpem) (Entered: 08/29/2025) | 50698078 |
|---|---|---|---|
| 08/29/2025 | 156 (3 pgs) | Order to Continue Status Conference Re: 82 Amended Complaint [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference to be held on 10/29/2025 at 01:30 PM at Sacramento Courtroom 35, Department C (hlum) (Entered: 09/02/2025) | 50703298 |
| 08/31/2025 | 152 (37 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/31/2025) | 50700239 |
| 08/31/2025 | 153 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/31/2025) | 50700240 |
| 08/31/2025 | 154 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/31/2025) | 50700241 |
| 08/31/2025 | 155 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/31/2025) | 50700242 |
| 09/02/2025 | | Due to Judge Ronald H. Sargis's upcoming retirement, this case is being transferred to Judge Christopher M. Klein. (cmcs) (Entered: 09/02/2025) | |
| 09/04/2025 | 157 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/04/2025) | 50713147 |
| 09/10/2025 | 158 (4 pgs) | Notice of Appeal [RLE-1] Re: 150 Judgment (Fee Paid $298.00) (eFilingID: 7540121)(lbef) Modified on 9/11/2025 (lbef).Modified on 9/11/2025 (vcaf). (Entered: 09/11/2025) | 50734521 |
| 09/10/2025 | | Appeal Fee Paid ($298.00, Receipt Number: 401676, eFilingID: 7540121) (auto) (Entered: 09/11/2025) | |
| 09/11/2025 | 159 (1 pg) | Transmittal to BAP [RLE-1] Re: 158 Notice of Appeal (lbef) (Entered: 09/11/2025) | 50736500 |
| 09/11/2025 | 160 (1 pg) | Certificate of Notice of Appeal [RLE-1] Re: 158 Notice of Appeal (lbef) (Entered: 09/11/2025) | 50736537 |
| 09/11/2025 | 161 (4 pgs) | BNC Service of Document as transmitted to BNC for service. (lbef) (Entered: 09/11/2025) | 50736566 |
| 09/12/2025 | 162 (29 pgs) | Receipt of Pleadings and Documents from Bankruptcy Appellant Panel [RLE-1] Re: 158 Notice of Appeal (rlos) Opening Letter, Notice and Briefing Order (Entered: 09/12/2025) | 50740477 |
| 09/12/2025 | 164 (20 pgs) | Motion/Application for Stay Pending Appeal Re: 150 Judgment Filed by Defendant Nathan Benjamin Damigo (lbef) (Entered: 09/15/2025) | 50748583 |
| 09/13/2025 | 163 (5 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/13/2025) | 50742918 |

| | | | |
|---|---|---|---|
| 09/15/2025 | 164 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE. Motion/Application To Stay Enforcement Of Judgment Filed by Defendant Nathan Benjamin Damigo (lbef) Modified on 9/15/2025 (lbef). (Entered: 09/15/2025) | |
| 09/15/2025 | | This motion/application has been filed without a Notice of Hearing or Proposed Order. In order for this matter to be considered by the court, the filing party must provide a Notice of Hearing or Proposed Order, except for the following types of motions proscribed by Rule 6003 which may not have orders entered within 21 days after the filing of the petition: (a) application for employment under Rule 2014;(b) motion to use, sell, lease or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition, but not a motion under Rule 4001;(c) motion to assume or assign an executory contract or unexpired lease in accordance with section 365. In these instances, please do not submit a proposed order to the court until 21 days after the filing of the petition. This entry is in reference to 164 Motion/Application for Stay Pending Appeal Re: (lbef) (Entered: 09/15/2025) | |
| 09/18/2025 | 165 (5 pgs) | Notice of Hearing Re: 164 Motion/Application for Stay Pending Appeal Re: to be held on 10/29/2025 at 10:00 AM at Sacramento Courtroom 35, Department C. (lbef) (Entered: 09/18/2025) | 50760685 |
| 09/24/2025 | 166 (5 pgs) | Statement of Issues filed by Defendant Nathan Benjamin Damigo Re: 158 Notice of Appeal (lbef) (Entered: 09/24/2025) | 50777497 |
| 09/24/2025 | 166 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE. Statement of Issues filed by Defendant Nathan Benjamin Damigo Re: 158 Notice of Appeal (lbef) Modified on 9/24/2025 (lbef). (Entered: 09/24/2025) | |
| 09/24/2025 | 166 (5 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal filed by Defendant Nathan Benjamin Damigo Re: 158 Notice of Appeal (lbef) (Entered: 09/24/2025) | 50777582 |
| 09/24/2025 | 166 (5 pgs) | Notice Statement Of No Intent To Order Transcripts Re: 158 Notice of Appeal (lbef) (Entered: 09/24/2025) | 50777655 |
| 10/08/2025 | 167 (2 pgs) | Appellee Designation of Additional Contents For Inclusion in Record On Appeal filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey Re: 158 Notice of Appeal (lbef) (Entered: 10/08/2025) | 50822483 |
| 10/08/2025 | 168 (2 pgs) | Certificate/Proof of Service of 167 Appellant/Appellee Designation (lbef) (Entered: 10/08/2025) | 50822617 |
| 10/10/2025 | 169 (3 pgs) | Appellee Statement of Election to have Appeal heard by U.S. District Court filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey Re: 158 Notice of Appeal (lbef) (Entered: 10/10/2025) | 50831943 |

| 10/10/2025 | 170<br>(2 pgs) | Certificate/Proof of Service of 169 Appellee Statement of Election (lbef) (Entered: 10/10/2025) | 50832075 |
|---|---|---|---|
| 10/15/2025 | 171<br>(18 pgs) | Opposition/Objection Filed by Plaintiffs Chelsea Alvarado, Thomas Baker, Soronya Hudson, Tyler Magill, Marcus Martin, April Muniz, Natalie Romero, Elizabeth Sines, Devin Willis, Seth Wispelwey Re: 164 Motion/Application for Stay Pending Appeal (lbef) (Entered: 10/16/2025) | 50847255 |
| 10/15/2025 | 172<br>(2 pgs) | Certificate/Proof of Service of 171 Opposition/Objection (lbef) (Entered: 10/16/2025) | 50847265 |
| 10/17/2025 | 173<br>(2 pgs) | Notice of Rescheduled Hearing Re: 164 Motion/Application for Stay Pending Appeal Re: to be held on 10/29/2025 at 01:30 PM at Sacramento Courtroom 35, Department C. (smis) (Entered: 10/17/2025) | 50852929 |
| 10/17/2025 | 174<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (smis) (Entered: 10/17/2025) | 50852935 |
| 10/19/2025 | 175<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/19/2025) | 50857089 |