

# United States District Court
# Eastern District of California

Sines, et al.
Plaintiff(s)

v.

Damigo
Defendant(s)

Case Number: 2:25-cv-03113

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Glen K. Allen. _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nathan Damigo

On 12/22/1987 (date), I was admitted to practice and presently in good standing in the Maryland Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no disciplinary proceedings against me.

☐ I have / ☒ have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/12/2025        Signature of Applicant: /s/ _Glen K. Allen_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Glen K. Allen |
| Law Firm Name: | Glen Allen Law |
| Address: | 5423 Springlake Way |
| City: | Baltimore   State: MD   Zip: 21212 |
| Phone Number w/Area Code: | (410) 802-6453 |
| City and State of Residence: | Baltimore, MD |
| Primary E-mail Address: | glenallenlaw@protonmail.com |
| Secondary E-mail Address: | glenallenlaw@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Andrew Allen |
| Law Firm Name: | Andrew Allen Law |
| Address: | 340 Golden Gate Ave |
| City: | Belvedere   State: CA   Zip: 94920 |
| Phone Number w/Area Code: | (415) 987-7471   Bar #: 69967 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 24, 2025

_____
JUDGE, U.S. DISTRICT COURT